Form CGFCRD3Z  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number:  19–20438–PGH                                Adversary Number: 22–01431–PGH

In re:
**Name of Debtor(s):**  Marlene Laforest
─────────────────────────────────────/

**Marlene Laforest**
Plaintiff(s)

**VS.**

**Florida Department of Economic Opportunity**
Defendant(s)
─────────────────────────────────────/

## AMENDED NOTICE OF HEARING

To Include NEW Zoom Link

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Paul G. Hyman, Jr. to consider the following:

**Scheduling Conference.**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:**      February 27, 2023
   **Time:**      01:30 PM
   **Location:**  Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItceGvqjwvGuYOQXCxWlKycEb1w9LKba4

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

| | |
|---|---|
| **Dated: 2/7/23** | **CLERK OF COURT**<br>By: <u>Susan Gutierrez</u><br>Courtroom Deputy |