

**ORDERED in the Southern District of Florida on February 28, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

---

In re:   Marlene Laforest

Case No: 19-20438-PGH
Chapter 13

                    Debtor       /

Marlene Laforest
        Plaintiff,

Adv. Case No. 22-01431-PGH

vs.

Florida Department of Economic Opportunity
        Defendant.
_____/

**AGREED ORDER ON PARTIES' REQUEST FOR EXTENSION OF TIME TO FILE ORDER SETTING FILING AND DISCLOSURE REQUIREMENTS FOR PRETRIAL AND TRIAL**

THIS CAUSE came to be heard on February 27, 2023 on Plaintiff Marlene Laforest and Defendant Florida Department of Economic Opportunity's *ore tenus* Request to Extend Time to File Scheduling Order. Based on agreement between the parties, the Court **ORDERS** as follows:

1. The Request is GRANTED. The Parties shall file a completed Order Setting Filing and Disclosure Requirements For Pretrial and Trial (Local Form 68) within 14 days of this Order.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.